# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Arch Specialty Insurance Company, <br> v. <br> Plaintiff(s) | CASE NUMBER: <br> CV19-06964-DDP (ASx) | |
| University of Southern California <br> Defendant(s) | **MOTION RE: INFORMAL DISCOVERY DISPUTE** | |

    The parties have requested an informal discovery conference with Magistrate Judge Alka Sagar. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

    A telephone conference is set is set for **July 13, 2021 at 10:00 a.m.** The call-in number and password will be e-mailed to the parties.

Dated: July 8, 2021

By: Alma Felix
Deputy Clerk