Jeffrey B. Isaacs (SBN 117104)
Jerome H. Friedberg (SBN 125663)
Stacey Zill (SBN 177268)
Janine F. Cohen (SBN 203881)
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Telephone: (213) 929-5550
Facsimile: (213) 955-5794
jisaacs@ifcounsel.com
jfriedberg@ifcounsel.com
szill@ifcounsel.com
jcohen@ifcounsel.com

Attorneys for Defendant and Counterclaimant
University of Southern California

*(Additional Counsel on Next Page)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>Defendant.<br><hr>UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>Counterclaimant,<br><br>vs.<br><br>ARCH SPECIALTY INSURANCE COMPANY,<br><br>Counterclaim Defendant. | CASE NO. 2:19-cv-06964–DDP (ASx)<br><br>Assigned to Hon. Dean D. Pregerson<br>Department: 9C<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

1

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

Paul H. Burleigh (SBN 112512)
**KLINEDINST PC**
777 S. Figueroa, Suite 2800
Los Angeles, California 90017
Telephone: (213) 406-1100
Facsimile: (213) 406-1101
pburleigh@klinedinstlaw.com

Ronald P. Schiller (*pro hac vice*)
Sharon F. McKee (*pro hac vice*)
Thomas N. Brown (*pro hac vice*)
**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
One Logan Square, 27th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 568-6200
Facsimile: (215) 568-0300
rschiller@hangley.com
smckee@hangley.com
tbrown@hangley.com

Attorneys for Plaintiff and Counterclaim Defendant
Arch Specialty Insurance Company

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterclaim Defendant Arch Specialty Insurance Company ("Arch") and Defendant and Counterclaimant University of Southern California ("USC") (collectively, the "Parties") hereby stipulate to the dismissal of this action in its entirety, including all claims and counterclaims raised within it by any of the Parties, **with prejudice**.

Each Party is responsible for its own attorneys' fees and costs.

DATED: June 15, 2023      **ISAACS | FRIEDBERG LLP**

*/s/ Jerome H. Friedberg*
Jeffrey B. Isaacs
Jerome H. Friedberg
Stacey L. Zill
Janine F. Cohen

*Attorneys for Defendant and Counterclaimant*
*University of Southern California*

DATED: June 15, 2023      **HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**

*/s/ Ronald P. Schiller*
Ronald P. Schiller (*pro hac vice*)
Sharon F. McKee (*pro hac vice*)
Thomas N. Brown (*pro hac vice*)

Paul H. Burleigh
**KLINEDINST PC**

*Attorneys for Plaintiff and Counterclaim Defendant Arch Specialty Insurance Company*